UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GARY B. CAMPBELL, JR.,
    Plaintiff,

v.                                            Case No. 20-C-1357

DALE SCHMIDT, et al.,
    Defendants.

---

## ORDER

In a prior order, I noted that the time for serving the defendants had expired without the plaintiff's having filed proof of service. I directed him to show cause why this action should not be dismissed for lack of service. I advised him that if the court did not receive his response to the show-cause order by January 13, 2021, I would dismiss the case without prejudice. The plaintiff did not file a response to the show-cause order, and therefore I will dismiss this case without prejudice for lack of service.

For the reasons stated, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for lack of service.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2021.

                                                       s/Lynn Adelman
                                                       LYNN ADELMAN
                                                       United States District Judge